J. Bryan Dexter (7188)
Dexter & Dexter
Attorneys at Law, PC
University Office Park
1360 South 740 East
Orem, Utah  84097
Telephone: (801) 225-9900
Facsimile: (801) 224-6500

**Attorneys for Debtor**

___

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION
___

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | **DECLARATION** |
| | ) | **OF CLAIMS REVIEW** |
| **PRICE, BRENT** | ) | |
| | ) | |
| | ) | **Bankruptcy No. 20-26324** |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | Judge R. Kimball Mosier |

___

    J. Bryan Dexter, counsel for the Debtor, hereby declares that all claims filed in this case to date have been reviewed, and that objections, if any, have been filed and noticed for hearing.

    DATED this 22nd day of January 2021.

                                                      /s/_____
                                                    J. Bryan Dexter
                                                    Attorney for the Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of January 2021, a true and correct copy of the foregoing was served on the U.S. Trustee and Trustee, Lon Jenkins, by ECF Notification.

                                                                       /s/
                                                          Camila Castro